Date signed January 07, 2011



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| SEAN MATTHEW PUMPHREY | : | Case No. 09-26777PM |
| | : | Chapter 7 |
| Debtor | : | |
| ------------------------------- | : | |
| JANET M. NESSE, TRUSTEE | : | |
| Plaintiff | : | |
| vs. | : | Adversary No. 10-0060PM |
| | : | |
| SEAN MATTHEW PUMPHREY | : | |
| Defendant | : | |
| ------------------------------- | : | |

### MEMORANDUM TO COUNSEL

The court requests counsel to submit a memorandum dealing with the existence of this court's jurisdiction to act upon the Motion for Relief from October 4, 2010 Judgment following divestiture of jurisdiction by the appeal filed in this adversary proceeding.

Nothing prevents the parties from filing a stipulation in the District Court requesting a voluntary dismissal.

cc:    All Parties
       All Counsel

**End of Memorandum**